SAMU-EL ISH SHALOM, Respondent, v. LOUIS I. FURLAGER, Appellant.— Order unanimously reversed, with twenty dollars costs and disbursements, and the motion denied. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

SCHICK INCORPORATED, Appellant, v. DISCO, NEW YORK, INC., Respondent.— Order unanimously reversed, with twenty dollars costs and disbursements, and the motion granted. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

BARNARD STEINTHAL and ADOLPH WEISS, Appellants, v. SUNSHINE CAB CORP., Respondent, Impleaded with Another, Defendant.— Orders unanimously reversed, with twenty dollars costs and disbursements, and the motion for leave to serve and file demand for a jury trial *nunc pro tunc* as of May 17, 1941, and to strike the action from the non-jury calendar denied. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

I. M. D. REALTY CORPORATION, Respondent, v. SELMA ROSENTHAL, Appellant.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Bill of particulars to be served within ten days after service of order to be entered herein. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

NEW YORK LIFE INSURANCE COMPANY, Respondent, v. HYMAN LINDENBLATT and LENA LINDENBLATT, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of MATHILDA SMITH, Doing Business as 8TH AVENUE DRY CLEANING & TRADING Co., Appellant, for an Order Reinstating Her License as a Second-Hand Dealer Which License Was Suspended as of Monday, August 11, 1941, against PAUL MOSS, as Commissioner of Licenses of the City of New York, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of LANCELOT M. BERKELEY, Individually and as Executor, etc., of FLORA H. MacIVOR, Deceased, Appellant, against FRANK A. CARLIN, Respondent.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of Supplementary Proceedings: DOROTHY LIND MARKS, Judgment Creditor, Appellant, Respondent, v. NORMAN L. MARKS, Judgment Debtor, Respondent, Appellant.— Order unanimously affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

ADOLPHIA SHARPE, Appellant, v. CHARLES C. WRIGHT, Respondent. — Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

GRACE HOWE COE, Respondent, v. DUDLEY B. COE, Appellant.— Order and judgment unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ. [See *post*, p. 943.]